Civil Action No. 2:21-cv-04235-NKL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* US Attorney for the Western District of Missouri was received by me on *(date)* 01/18/2022.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I served the summons on the US Attorney, Attn: Civil Process Clerk, Charles Evans Whittaker Courthouse, 400 East 9th Street, Room 5510, Kansas City, MO 64106 via CM/RRR (sent on 01/19/2022, received on 01/24/2022).

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 02/08/2022

*Server's signature*

Thelma Alvarado-Garza, Paralegal
*Printed name and title*

1114 Lost Creek Blvd., Ste. 410
Austin, Texas 78746
*Server's address*

Additional information regarding attempted service, etc:

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   US Attorney's Office
   Attn: Civil Process Clerk

9590 9402 5699 9346 4530 76

2. Article Number (Transfer from service label)

   7016 0600 0000 2973 9985

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
   X _C19_
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): H 615
C. Date of Delivery: 1/24/22

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Mail
   ☐ Mail Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt