IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

**MATTHEW ROSSIGNOL**,
    Plaintiff

vs.

**UNITED STATES OF AMERICA**,
    Defendant

NO. 2:21-CV-4235-NKL

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 26.3, the undersigned counsel for Plaintiff Matthew Rossignol certifies that Plaintiff's Objections and Answers to Defendant's First Set of Interrogatories and Plaintiff's Objections and Responses to Defendant's Requests or Production, along with a copy of this certificate of service, were sent on August 12, 2022, via email to Matthew N. Sparks, Assistant United States Attorney, 400 East Ninth Street, Room 5510, Kansas City, Missouri 64106, matt.sparks@usdoj.gov.

Respectfully Submitted,

/s/ Laurie Higginbotham
**LAURIE HIGGINBOTHAM**, *pro hac vice*
   lhigginbotham@nationaltriallaw.com
   Texas State Bar #50511759
**TOM JACOB**, *pro hac vice*
   tjacob@nationaltriallaw.com
   Texas State Bar #24069981
**STEVEN HASPEL**, *pro hac vice*
   shaspel@nationaltriallaw.com
   Texas State Bar #24109981
**WHITEHURST, HARKNESS,**
  **BREES, CHENG, ALSAFFAR,**
  **HIGGINBOTHAM, & JACOB P.L.L.C.**
1114 Lost Creek Blvd., Ste. 410
Austin, TX 78746
(512) 476-4346 (o)
(512) 467-4400 (f)

/s/ Michael Campbell
**MICHAEL E. CAMPBELL**
 Mike.campbell@thomaslawoffices.com
 Bar No. 63745
2600 Forum Blvd., Ste. B1
Columbia, MO 65203
(573) 607-1818 (o)
(573) 606-8670 (f)

Attorneys for the Plaintiff