# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| MATTHEW ROSSIGNOL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:21-CV-04235-NKL |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 26.3, the undersigned counsel for Defendant United States of America certifies that Defendant's Supplemental Response to Plaintiff's First Request for Production of Documents and a copy of this certificate of service were sent via email to Laurie Higginbotham of Whitehurst, Harkness, Brees, Cheng, Alsaffar, Higginbotham, & Jacob P.L.L.C., 1114 Lost Creek Blvd., Suite 410, Austin, Texas 78746, lhigginbotham@nationaltriallaw.com.

Respectfully submitted,

Teresa A. Moore
United States Attorney

By: /s/ Matthew N. Sparks
    Matthew N. Sparks    MO #63260
    Assistant United States Attorney
    Charles Evans Whittaker Courthouse
    400 East Ninth Street, Room 5510
    Kansas City, Missouri 64106
    Telephone: (816) 426-3130
    Facsimile: (816) 426-3165
    E-mail: matt.sparks@usdoj.gov
ATTORNEYS FOR DEFENDANT
UNITED STATES OF AMERICA